**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Zachery C. Rhoads                                    CHAPTER 13
       Brandi L. Rhoads
          Debtor(s)                                    BKY. NO. 26-11139 DJB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
01 Apr 2026, 12:20:14, EDT

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322

Document ID: f2fa97e951537a9e0ea076b2035a0beb38685ea0fe2beac95fa6a533491d3f20