**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: **Zachery C. Rhoads and** | : | **Chapter 13** |
| **Brandi L. Rhoads,** | : | |
| | : | |
| **Debtors** | : | **Bky. No. 26-11139-djb** |

**NOTICE OF CHANGE OF ADDRESS**

**TO THE COURT:**  The correct addresses for certain Creditor(s) is/are as follows:

| OLD / INCORRECT ADDRESS | NEW / CORRECT ADDRESS |
|---|---|
| Dept. of Ed./Aidv<br>1891 Metro Ctr. Dr.<br>Reston, VA  20190-5287 | Aidvantage Fed. Student Aid Loan Svcg<br>PO Box 300001<br>Greenville, TX  75403-3001 |

**STATEMENT IN LIEU OF NOTICE**

The Debtor hereby certifies that a notice to the above Creditor(s), as to which corrected address information is herewith filed, is not required because the said Creditor(s) have received notice of all filings in this case.

WETZEL GAGLIARDI FETTER & LAVIN LLC


Date: April 8, 2026             BY:            /s/John A. Gagliardi
                                        John A. Gagliardi, Esquire
                                        122 South Church Street
                                        West Chester, PA 19382
                                        (484) 887-0779, Ext. 102/Phone
                                        (484) 887-8763/Fax
                                        jgagliardi@wgflaw.com