**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **In re: Zachery C. Rhoads and Brandi L. Rhoads,** | : | Chapter 13 |
|  | : |  |
| **Debtors** | : | Bky. No. 26-11139-djb |

## NOTICE OF CHANGE OF ADDRESS

**TO THE COURT:** The correct addresses for certain Creditor(s) is/are as follows:

| OLD / INCORRECT ADDRESS | NEW / CORRECT ADDRESS |
|---|---|
| Cawley & Bergmann<br>Newark, NJ | Cawley & Bergmann<br>550 Broad Street, Suite 1506<br>Newark, NJ  07102 |

## STATEMENT IN LIEU OF NOTICE

The Debtor hereby certifies that a notice to the above Creditor(s), as to which corrected address information is herewith filed, is not required because the said Creditor(s) have received notice of all filings in this case.

WETZEL GAGLIARDI FETTER & LAVIN LLC

Date: April13, 2026          BY:          /s/John A. Gagliardi
                                                    John A. Gagliardi, Esquire
                                                    122 South Church Street
                                                    West Chester, PA 19382
                                                    (484) 887-0779, Ext. 102/Phone
                                                    (484) 887-8763/Fax
                                                    jgagliardi@wgflaw.com