**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: **Zachery C. Rhoads and** | : | **Chapter 13** |
| **Brandi L. Rhoads,** | : |  |
|  | : |  |
| **Debtors** | : | **Bky. No. 26-11139-djb** |

**NOTICE OF CHANGE OF ADDRESS**

**TO THE COURT:**  The correct addresses for certain Creditor(s) is/are as follows:

| OLD / INCORRECT ADDRESS | NEW / CORRECT ADDRESS |
|---|---|
| TD Bank c/o Raymour & Flanigan<br>Department of Accounts<br>PO Box 731<br>Mahwah, NJ  07430-0731 | TD Retail Card Services<br>Attn: Customer Svc. Dept.<br>PO Box 100114<br>Columbia, SC  29202-3114 |

**STATEMENT IN LIEU OF NOTICE**

The Debtor hereby certifies that a notice to the above Creditor(s), as to which corrected address information is herewith filed, is not required because the said Creditor(s) have received notice of all filings in this case.

WETZEL GAGLIARDI FETTER & LAVIN LLC


Date: June 23, 2026                              BY:          /s/John A. Gagliardi
                                                 John A. Gagliardi, Esquire
                                                 122 South Church Street
                                                 West Chester, PA 19382
                                                 (484) 887-0779, Ext. 102/Phone
                                                 (484) 887-8763/Fax
                                                 jgagliardi@wgflaw.com