**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:  Zachery C. Rhoads and          :          Chapter 13
        Brandi L. Rhoads,                :
                             :
        Debtors                          :          Bky. No. 26-11139-djb

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**CERTIFICATION OF SERVICE**

I, <u>John A. Gagliardi, Esquire</u>, certify that on <u>July 20, 2026</u>, I did cause a true and correct copy of the document(s) described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated, and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Ch. 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: <u>July 20, 2026</u>                    By:    /s/John A. Gagliardi
                                         John A. Gagliardi, Esquire
                                       Attorney Id. No. 88230
                                       Wetzel Gagliardi Fetter & Lavin LLC
                                       122 South Church Street
                                         West Chester, PA  19382
                                       484-887-0779
                                         jgagliardi@wgflaw.com

<u>ECF Service</u>:
- Pennymac Loan Services, LLC
- Fulton Bank, N.A.
- Montgomery County Tax Claim Bureau
- Boyertown Area School District
- US Trustee
- Ch. 13 Trustee (West)

Mailing List Exhibit: (All served by first class US mail, postage prepaid):

1st Financial Bank USA
PO Box 1200
North Sioux City, SD 57049

Affirm
650 California St. - Fl 12
San Francisco, CA 94108

AMC/Deserve/Celtic
PO Box 57780
Salt Lake City, UT 84157

American Express
PO Box 981537
El Paso, TX 79998

American Express
PO Box 31511
Salt Lake City, UT 84131-9934

Apple Card - GS Bank USA
11850 S Election Rd.
Draper, UT 84020

Bank of America
100 N Tryon St
NC1-0007-19-26
Charlotte, NC 28255

Bank of America
4060 Ogletown/Stanton Rd.
DE5-019-03-07
Newark, DE 19713

Berks Earned Income Tax Bureau
1125 Berkshire Blvd, Suite 115
Reading, PA 19610

Best Buy/CBNA
5800 South Corporate Place
Mail Code 234
Sioux Falls, SD 57108

Capital Management Services, LP
698 1/2 South Ogden Street
Buffalo, NY 14206-2317

Capital One Bank USA
PO Box 31293
Salt Lake City, UT 84131-1293

Capital One Bank USA NA
1680 Capital One Drive
McLean, VA 22102

Cawley & Bergmann
550 Broad Street, Ste 1506
Newark, NJ  07102

Citibank/CBNA
5800 South Corporate Place
Sioux Falls, SD 57108

CMC LLP
PO Box 120
Buffalo, NY 14220-0120

CMS LP
PO Box 120
Buffalo, NY 14220-0120

Comenity Bank/Total Rewards Visa Card
3095 Loyalty Circle - Bldg. A
Columbus, OH 43219

Current
217 Centre St.
New York, NY 10013

Aidvantage Fed. Student Aid Loan Svcg
PO Box 300001
Greenville, TX  75403-3001

Diamond Credit Union
Attn: Collections Dept.
1600 Medical Dr.
Pottstown, PA 19464

Discover Financial Services LLC
PO Box 3025
New Albany, OH  43054-3025

Elan Fin. Svcs/Fulton Fin.
PO Box 108
Saint Louis, MO 63166

Estate Information Services, LLC
670 Morrison Road, Ste 300
Gahanna, OH  43230-5324

First Financial Bank
363 W. Anchor Dr.
North Sioux City, SD 57049-5154

First Financial Bank
PO Box 1050
North Sioux City, SD 57049-1050

First Financial Bank
PO Box 1200
North Sioux City, SD 57049

First National Bank of Omaha
1620 Dodge St.
Omaha, NE 68197

Firstsource Advantage, LLC
205 Bryant Woods South
Buffalo, NY 14228

Firtsmark Services/Citizens
121 South 13th St., Suite 201
Lincoln, NE 68508

FNB Omaha
1601 Dodge St.
Stop Code 3113
Omaha, NE 68102-1637

IRS
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

JP Morgan Chase Bank
c/o Robertson Anschutz, Schneid, Crane
& Partners, PLLC
6409 Congress Ave, Suite 100
Boca Raton, FL  33487

Klarna, Inc.
Attn:  Bankruptcy
PO Box 8116
Columbus, OH 43201-0116

Leopold & Associates, PLLC
275 Curry Hollow Rd.
Bldg 1, Ste. 280
Pittsburgh, PA 15236

Midland Credit Management
320 E Big Beaver Rd
Ste 300
Troy, MI 48083

New Hanover Twp.
PO Box 249
Gilbertsville, PA 19525

Philadelphia
900 Market Street, Ste 400
Philadelphia, PA  19107-4233

Portfolio Recovery Associates
PO Box 41067
Norfolk, VA 23541-1067

PSECU
PO Box 67013
Harrisburg, PA 17106

Radius Global Solutions LLC
7831 Glenroy Rd, Ste 250
Minneapolis, MN 55439

Radius Global Solutions LLC
7505 Metro Blvd.
Ste. 400
Minneapolis, MN 55439

Revco Solutions
PO Box 163279
Columbus, OH 43216-3279

Sezzle, Inc.
Bankruptcy Dept.
700 Nicollet Mall, Ste 640
Minneapolis, MN 55402

Sofi/Velocity Investments
2750 E Cottonwood Pkwy - Ste 300
Salt Lake City, UT 84121-7285