**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  **Zachery C. Rhoads and** | : | **Chapter 13** |
| **Brandi L. Rhoads,** | : | |
| | : | |
| **Debtors** | : | **Bky. No. 26-11139-djb** |

**NOTICE OF ADDRESS UNAVAILABILITY**

The debtors advise the Court that the correct address of the creditor(s) listed below cannot be located.   The debtor acknowledges that no further notices shall be mailed by the Court to the creditor(s):

TD Retail Card Services
Attn: Customer Svc. Dept.
PO Box 100114
Columbia, SC   29202-3114

TD Bank c/o Raymour & Flanigan
Department of Accounts
PO Box 731
Mahwah, NJ   07430-0731

Dated: 07/20/2026

By:   /s/John A. Gagliardi, Esquire
John A. Gagliardi, Esquire
Wetzel Gagliardi & Fetter LLC
122 South Church Street
West Chester, PA 19382
(484) 887-0779
jgagliardi@wgflaw.com
Counsel for Debtor