United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 26-11139-djb

Zachery C. Rhoads Chapter 13

Brandi L. Rhoads

Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin 

Date Rcvd: Oct 08, 2026 Form ID: 155 Total Noticed: 82

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| @ | Recipients marked '@' were noticed on Oct 24, 2026. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| @db/jdb | + | Zachery C. Rhoads, Brandi L. Rhoads, 210 Pixie Moss Rd., Pottstown, PA 19464-1026 |
| @15117734 | + | AMC/Deserve/Celtic, PO Box 57780, Salt Lake City, UT 84157-0780 |
| @15117740 | + | Berks Earned Income Tax Bureau, 1125 Berkshire Blvd, Suite 115, Reading, PA 19610-1222 |
| @15145388 | + | Boyertown Area School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| @15145387 | + | Boyertown Area School District, c/o James R. Wood, Esquire, 2700 Horizon Drive - Suite 100, King of Prussia, PA 19406-2726 |
| @15117742 | + | Boyertown School District, P.O. Box 343, Boyertown, PA 19512-0343 |
| @15117752 | | CMC LLP, PO Box 120, Buffalo, NY 14220-0120 |
| @15117753 | | CMS LP, PO Box 120, Buffalo, NY 14220-0120 |
| @15117760 | + | Elan Fin. Svcs/Fulton Fin., PO Box 108, Saint Louis, MO 63166-0108 |
| @15127098 | + | Fulton Bank, NA, C/O Andrew M. Lubin, 1420 Walnut Street, Ste. 1105, Philadelphia, PA 19102-4011 |
| @15117774 | + | Leopold & Associates, PLLC, 275 Curry Hollow Rd., Bldg 1, Ste. 280, Pittsburgh, PA 15236-4655 |
| @15117776 | + | Montgomery County Tax, P.O. Box 190, Norristown, PA 19404-0190 |
| @15122776 | + | Montgomery County Tax Claim Bureau, c/o Michael Vagnoni, 1500 Market Street, Suite 3400, Centre Square West, Philadelphia, PA 19102-2100 |
| @15117777 | + | New Hanover Twp., PO Box 249, Gilbertsville, PA 19525-0249 |
| @15123727 | + | Pennymac Loan Services, LLC, C/O Matthew Fissel, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| @15117787 | | Sofi/Velocity Investments, 2750 E Cottonwood Pkwy - Ste 300, Salt Lake City, UT 84121-7285 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15138088 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 09 2026 02:09:00 | 1st Financial Bank USA, Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 15117732 | + | Email/Text: bankruptcynotice@1fbusa.com | Oct 09 2026 02:09:00 | 1st Financial Bank USA, PO Box 1200, North Sioux City, SD 57049-1200 |
| 15117733 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 09 2026 02:16:33 | Affirm, 650 California St. - Fl 12, San Francisco, CA 94108-2716 |
| 15117756 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Oct 09 2026 02:16:41 | Aidvantage Fed. Student Aid Loan Svcg, PO BOX 300001, Greenville, TX 75403-3001 |
| 15152225 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Oct 09 2026 02:16:32 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 15117735 | + | Email/PDF: bncnotices@becket-lee.com | Oct 09 2026 02:16:32 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 15117736 | + | Email/PDF: bncnotices@becket-lee.com | Oct 09 2026 02:16:41 | American Express, PO Box 31511, Salt Lake City, UT 84131-0511 |
| 15131724 | | Email/PDF: bncnotices@becket-lee.com | Oct 09 2026 02:16:40 | American Express National Bank, c/o Becket and |

| | | | | |
|---|---|---|---|---|
| | | | | Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15117737 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 09 2026 02:09:00 | Apple Card - GS Bank USA, 11850 S Election Rd., Draper, UT 84020-6814 |
| 15117739 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Oct 09 2026 02:08:00 | Bank of America, 4060 Ogletown/Stanton Rd., DE5-019-03-07, Newark, DE 19713 |
| 15117738 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Oct 09 2026 02:09:00 | Bank of America, 100 N Tryon St, NC1-0007-19-26, Charlotte, NC 28202-4036 |
| 15146969 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Oct 09 2026 02:08:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15117741 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 09 2026 02:16:42 | Best Buy/CBNA, 5800 South Corporate Place, Mail Code 234, Sioux Falls, SD 57108-5027 |
| 15117743 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 09 2026 02:16:32 | Cap One/Kohl's, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15117744 | | Email/Text: cms-bk@cms-collect.com | Oct 09 2026 02:09:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 15117745 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 09 2026 02:16:41 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15117746 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 09 2026 02:16:32 | Capital One Bank USA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15117747 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 09 2026 02:16:32 | Capital One Bank USA NA, 1680 Capital One Drive, McLean, VA 22102-3407 |
| 15117748 | ^ | MEBN | Oct 09 2026 02:03:14 | Cawley & Bergmann, 550 Broad Street, Ste. 1506, Newark, NJ 07102-4531 |
| 15117749 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 09 2026 02:16:33 | Citibank/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 15117751 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 09 2026 02:16:42 | Citicards CBNA, 5800 S. Corporate Place, Sioux Falls, SD 57108-5027 |
| 15117750 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 09 2026 02:16:33 | Citicards CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 15117754 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 09 2026 02:09:00 | Comenity Bank/Total Rewards Visa Card, 3095 Loyalty Circle - Bldg. A, Columbus, OH 43219-3673 |
| 15117755 | + | Email/Text: bankruptcynotices@current.com | Oct 09 2026 02:09:00 | Current, 217 Centre St., New York, NY 10013-3624 |
| 15117757 | | Email/Text: bankruptcy@diamondcu.com | Oct 09 2026 02:09:00 | Diamond Credit Union, 1600 Medical Dr., Pottstown, PA 19464 |
| 15117758 | | Email/Text: mrdiscen@discover.com | Oct 09 2026 02:08:00 | Discover Bank, PO Box 30943, Salt Lake City, UT 84130-0943 |
| 15117759 | | Email/Text: mrdiscen@discover.com | Oct 09 2026 02:08:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 15117761 | | Email/Text: eis.usbnc@eismgmt.com | Oct 09 2026 02:09:00 | Estate Information Services, LLC, PO Box 1398, Reynoldsburg, OH 43068-6398 |
| 15117768 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 09 2026 02:09:00 | FNB Omaha, 1620 Dodge St., Omaha, NE 68197-0003 |
| 15117765 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 09 2026 02:09:00 | First National Bank of Omaha, 1620 Dodge St., Omaha, NE 68197 |
| 15117767 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Oct 09 2026 02:08:00 | FM/Citizens, 121 South 13th St., Lincoln, NE 68508 |
| 15117762 | | Email/Text: bankruptcynotice@1fbusa.com | Oct 09 2026 02:09:00 | First Financial Bank, 363 W. Anchor Dr., North Sioux City, SD 57049-5154 |
| 15117764 | + | Email/Text: bankruptcynotice@1fbusa.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 09 2026 02:09:00 | First Financial Bank, PO Box 1200, North Sioux City, SD 57049-1200 |
| 15117763 | | Email/Text: bankruptcynotice@1fbusa.com | Oct 09 2026 02:09:00 | First Financial Bank, PO Box 1050, North Sioux City, SD 57049-1050 |
| 15130885 | ^ | MEBN | Oct 09 2026 02:03:26 | First National Bank of Omaha, c/o BQ & Associates, 14211 Arbor Street, Suite 100, Omaha, NE 68144-2312 |
| 15117766 | + | Email/Text: crdept@na.firstsource.com | Oct 09 2026 02:09:00 | Firstsource Advantage, LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 15117769 | | Email/Text: bankruptcy@fultonbank.com | Oct 09 2026 02:09:00 | Fulton Bank, PO Box 4887, Lancaster, PA 17604-4887 |
| 15131482 | + | Email/Text: bankruptcy@fultonbank.com | Oct 09 2026 02:09:00 | Fulton Bank, N.A, Special Assets 5th Floor Attn:, Tekelya Bennefield,, P.O. Box 4887, Lancaster, PA 17604-4887 |
| 15117770 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 09 2026 02:09:00 | IRS, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15139399 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 09 2026 02:09:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15117771 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 09 2026 02:16:36 | JP Morgan Chase, PO Box 15369, Wilmington, DE 19850-5369 |
| 15117772 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 09 2026 02:16:35 | JPMCB - Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 15128075 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 09 2026 02:08:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15127211 | + | Email/Text: RASEBN@raslg.com | Oct 09 2026 02:08:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15117773 | | Email/Text: customerservice.us@klarna.com | Oct 09 2026 02:08:00 | Klarna, 629 N High St, Fl 300, Columbus, OH 43215 |
| 15121933 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 09 2026 02:16:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15145459 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 09 2026 02:16:33 | Master Trust, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15117775 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 09 2026 02:09:00 | Midland Credit Management, 320 E Big Beaver Rd, Ste 300, Troy, MI 48083-1271 |
| 15130411 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 09 2026 02:09:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15140177 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Oct 09 2026 02:08:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 15123474 | ^ | MEBN | Oct 09 2026 02:03:32 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15146158 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 09 2026 02:16:32 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15117779 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 09 2026 02:16:41 | Portfolio Recovery Associates, 120 Corporate Boulevard, Suite 100, Norfolk, VA 23502 |
| 15117780 | + | Email/Text: bankruptcynotices@psecu.com | Oct 09 2026 02:09:00 | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| 15145141 | + | Email/PDF: ebnotices@pnmac.com | Oct 09 2026 02:16:42 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15117778 | + | Email/PDF: ebnotices@pnmac.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 09 2026 02:16:38 | Pennymac, PO Box 514387, Los Angeles, CA 90051-4387 |
| 15147938 | | Email/Text: bnc-quantum@quantum3group.com | Oct 09 2026 02:09:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15117783 | + | Email/Text: ngisupport@radiusgs.com | Oct 09 2026 02:08:00 | Radius Global Solutions LLC, 7505 Metro Blvd., Ste. 400, Minneapolis, MN 55439-3010 |
| 15117781 | + | Email/Text: ngisupport@radiusgs.com | Oct 09 2026 02:08:00 | Radius Global Solutions LLC, 7831 Glenroy Rd, Ste 250, Minneapolis, MN 55439-3117 |
| 15117784 | + | Email/Text: bankruptcy@td.com | Oct 09 2026 02:09:00 | Raymour and Flanigan, 1000 MacArthur Blvd., Mahwah, NJ 07430-2035 |
| 15117785 | ^ | MEBN | Oct 09 2026 02:03:25 | Revco Solutions, PO Box 163279, Columbus, OH 43216-3279 |
| 15117786 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Oct 09 2026 02:08:00 | Sezzle, Inc., 700 Nicollet Mall Ste 640, Minneapolis, MN 55402 |
| 15166289 | | Email/Text: bankruptcy@td.com | Oct 09 2026 02:09:00 | TD Bank c/o Raymour & Flanigan, Department of Accounts, PO Box 731, Mahwah, NJ 07430-0731 |
| 15117788 | | Email/Text: bankruptcy@td.com | Oct 09 2026 02:09:00 | TD Retail Card Services, Attn: Customer Svc. Dept., PO BOX 100114, Columbia, SC 29202-3114 |
| 15130675 | + | Email/Text: bankruptcy@bbandt.com | Oct 09 2026 02:09:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 15129276 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 09 2026 02:09:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |

TOTAL: 66

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15117782 | *+ | Radius Global Solutions LLC, 7831 Glenroy Rd., Ste. 250, Minneapolis, MN 55439-3117 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2026 at the address(es) listed below:**

**Name** **Email Address**

| | |
|---|---|
| ANDREW M. LUBIN | on behalf of Creditor Fulton Bank N.A. nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Boyertown Area School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JOHN A. GAGLIARDI | on behalf of Joint Debtor Brandi L. Rhoads jgagliardi@wgflaw.com lfolkert@wgflaw.com |
| JOHN A. GAGLIARDI | on behalf of Debtor Zachery C. Rhoads jgagliardi@wgflaw.com lfolkert@wgflaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| MICHAEL D. VAGNONI | on behalf of Creditor Montgomery County Tax Claim Bureau michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;coleen.schmidt@obermayer.com;samantha.catullo@obermayer.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

***Form 155*** (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Zachery C. Rhoads | ) | Case No. 26−11139−djb |
| | ) | |
| | ) | |
| Brandi L. Rhoads | ) | Chapter: 13 |
| | ) | |
| Debtor(s). | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: October 8, 2026

For The Court

Derek J Baker
Judge, United States Bankruptcy Court