FILED
OCT 30 2026
CLERK OF COURT
BY ______ DEP. CLERK

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CHAPTER 13 |
| ZACHERY C. RHOADS and | : | NO. 26-11139-djb |
| BRANDI L. RHOADS, | : | |
| Debtors | : | |

NOTICE OF FIRST APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES
OF WETZEL GAGLIARDI FETTER & LAVIN LLC, ATTORNEYS
FOR THE DEBTOR

1. Wetzel Gagliardi Fetter & Lavin LLC, counsel for the Debtor, has filed an Application for Allowance of Compensation.

2. Counsel is requesting a fee in the sum of $8,081.36 plus expenses in the sum of $418.64.

3. The Application is on file with the Clerk, United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107, and is available there for inspection.

4. Any answer, objection, request for hearing or other responsive pleading to the application must be filed with the Court and served on counsel at the addresses shown above within 20 days of the date of this notice.

5. In the absence of any answer or objection, the Court may grant the relief requested.

Dated: October 22, 2026

Signed: /s/ John A. Gagliardi

By: John A. Gagliardi
Wetzel Gagliardi Fetter & Lavin LLC
122 South Church Street
West Chester, PA 19382
(484) 887-0779
Fax (484) 887-8763
jgagliardi@wgflaw.com